ANCHIN, BLOCK & ANCHIN, Respondent, *v.* PENNSYLVANIA COAL AND COKE CORPORATION, Appellant.

Argued April 20, 1955; decided June 2, 1955.

*Osmond K. Fraenkel, Harold Epstein* and *Seymour Heilbron* for appellant.

*Edward Ross Aranow* and *Alfred Miller* for respondent.

On appeal from judgment: Judgment affirmed, with costs. On appeal from order: Appeal dismissed, upon the ground that the Civil Practice Act (§ 588, subd. 3) does not authorize an appeal to this court by a party in whose favor the Appellate

Division has reversed a judgment and granted a new trial. (See *Gibbons* v. *Schwartz,* 288 N. Y. 612; *Lee* v. *Gander,* 271 N. Y. 568; see, also, Cohen and Karger, Powers of the New York Court of Appeals [1952], pp. 281–282.)   No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.